# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re: Audrey Hupp,

    Debtor.                     No. 07-11085

## REPORT TO THE COURT ON UNCLAIMED
## FUNDS DEPOSITED INTO THE COURT REGISTRY

COMES NOW the Trustee in Bankruptcy, Clarke C. Coll, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee will deposit the total sum of one thousand, nine hundred ninety-seven dollars and 88/100 dollars ($1,997.88) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditor, for the following reasons, and in the following amount:

    $1,997.88

    No claims filed

                                   *Clarke C. Coll/S/Submitted Electronically*
                                   Clarke C. Coll, Trustee
                                   P O Box 550
                                   Roswell, NM 88202
                                   (575) 622-5440

    This will certify that a true anc correct copy of the above was delivered via CM-ECF to the US Trustee on this 16th day of November, 2009.

                                   *Clarke C. Coll/S/Submitted Electronically*
                                   Clarke C. Coll

S:\01CCC\Trustee Asset Cases\Hupp\Report of unclaimed funds.wpd